IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RATAJA PINOLA,

      Plaintiff,                         No. 2: 11-CV-1165 KJM KJN P

  vs.

TIM V. VIRGA, et al.,

      Defendants.               ORDER

_____/

      Defendants have requested a thirty day extension of time to file a responsive pleading. Good cause appearing, this request is granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Defendants' motion for an extension of time (Dkt. No. 17) is granted;

      2. Defendants are granted thirty days from the date of this order to file a responsive pleading.

DATED: September 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pin1165.eot

1