IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RATAJA PINOLA,

      Plaintiff,                    No. 2: 11-cv-1165 KJM KJN P

   vs.

TIM V. VIRGA, et al.,

      Defendants.             <u>ORDER TO SHOW CAUSE</u>

_____/

        On January 26, 2012, the undersigned granted plaintiff thirty days to file an amended complaint. Defendants were ordered to file a response to the amended complaint within twenty days thereafter. Pursuant to the mailbox rule, on February 23, 2012, plaintiff filed an amended complaint. The amended complaint is court stamp filed March 2, 2012. Defendants have not filed a response.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendants shall show cause why sanctions should not be imposed for their failure to file a response to plaintiff's amended complaint; within that time defendants shall file a response

////

////

////

1

1 to the amended complaint.

2 DATED: March 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pin1165.osc