IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RATAJA PINOLA,

      Plaintiff,                        No.  11-cv-1165 KJM KJN P

      vs.

TIM V. VIRGA, et al.,

      Defendants.                    <u>ORDER</u>

                                     /

          Plaintiff has filed a "motion for authorization of witnesses."  Plaintiff alleges that he has inmate witnesses.  Plaintiff requests that defendant be ordered to provide him with the identification numbers and addresses of his inmate witnesses.  Plaintiff also requests that he be permitted to correspond with his inmate witnesses.  Plaintiff's "motion for authorization of witnesses" is a discovery request.

          Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for witnesses (Dkt. No. 51) will be placed in the court file and disregarded.

DATED: November 13, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pin1165.ord