IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RATAJA PINOLA,

    Plaintiff,                  No.  2: 11-cv-1165 KJM KJN P

    vs.

TIM V. VIRGA, et al.,

    Defendants.          ORDER

_____/

       Good cause appearing, based on stipulation of the parties, IT IS HEREBY ORDERED that defendant Hoshino is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), each party to bear their own costs and fees.

DATED:  March 13, 2013

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

pin1165.dis

1